IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LARRY D. BLEVINS,**

    **Plaintiff,**

    vs.                                                                                     Cause No.  06-CV-4101 DRH

**TECO BARGE LINE,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

October 12, 2007                                              By:   s/Patricia Brown
                                                                                      Deputy Clerk

APPROVED:   /s/       DavidRHerndon
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**